IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CHERI M. SANBORN,     )
           )
    Plaintiff,    ) TC-MD 111247D
           )
   v.       )
           )
BAKER COUNTY ASSESSOR,   )
           )
    Defendant   )
           )
   and      )
           )
DEPARTMENT OF REVENUE,   )
State of Oregon,      )
           )
    Defendant-Intervenor. ) **DECISION OF DISMISSAL**

Plaintiff appeals Defendant-Intervenor's Account Inactivation, dated September 6, 2011.

A case management conference was scheduled for March 22, 2012. Plaintiff failed to appear. Kathy Stevens appeared on behalf of Defendant.

In its Answer, Defendant stated that it denied Plaintiff's recertification application to participate in the Senior and Disabled Property Tax Deferral program. (Def's Ans, filed Jan 10, 2012.) Defendant stated that its denial was based on Plaintiff's failure to have lived in the qualifying property for at least five years, citing ORS 311.670 (2011). (*Id.*) In a letter attached to her Complaint, Plaintiff stated that she "moved back to Baker County" in "July of 2007 after being gone for over 30 years." (Ptf's Comp attach dated Dec 1, 2011.)

Because Plaintiff acknowledged that she has not lived in her qualifying property for the required five years, the court concludes that Defendant's determination was made in accordance with applicable law, ORS 311.670. The court has no authority to ignore the law or change the language of the statute. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of March 2012.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Presiding Magistrate Jill A. Tanner on March 26, 2012.  The Court filed and entered this Decision on March 26, 2012.*